Nicholas A. Carlin, State Bar No. 112532
David M. Given, State Bar No. 142345
Spencer M. Martinez, State Bar No. 206337
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, CA  94111
Tel: 415-398-0900
Fax: 415-398-0911

E-filing

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WDB

TOMMY DUNBAR and JAMES
GANGWER,

           Plaintiffs,

vs.

LUCASZ GOTTWALD (aka Dr. Luke),
AVRIL LAVIGNE, KASZ MONEY
PUBLISHING, AVRIL LAVIGNE
PUBLISHING LLC, ALMO MUSIC CORP.
RCA RECORDS, and APPLE, INC.,

           Defendants.

Case No. C 07 2758

COMPLAINT FOR DAMAGES FOR
COPYRIGHT INFRINGEMENT

JURY TRIAL DEMANDED

Plaintiffs allege:

    1.     This is a civil action, for which a jury trial is demanded, for damages for copyright infringement in connection with defendants' unauthorized copying and subsequent use, performance and exploitation of protected elements of plaintiffs' copyright.

**JURISDICTION AND VENUE**

    2.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1338(a). The alleged unlawful acts and violations described below were in part conceived, carried out and made effective within the Northern District of California. All of the defendants named herein transact or have transacted business within this District.

PHILLIPS, ERLEWINE & GIVEN, LLP
One Embarcadero Center, Suite 2350
San Francisco, CA  94111
(415) 398-0900

PHILLIPS, ERLEWINE & GIVEN, LLP
One Embarcadero Center, Suite 2350
San Francisco, CA 94111
(415) 398-0000

3.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) (2) & (3) as well as pursuant to 28 U.S.C. § 1391(c).

### THE PARTIES

4.      Plaintiff TOMMY DUNBAR is an individual residing in Sacramento, California.

5.      Plaintiff JAMES GANGWER is an individual residing in Richmond, California.

6.      Defendant LUCASZ GOTTWALD (aka "Dr. Luke") is an individual who, on information and belief, resides in New York City and, at all relevant times herein, was doing business throughout the State of California.

7.      Defendant AVRIL LAVIGNE is an individual who, on information and belief, resides in Los Angeles, California and, at all relevant times herein, was doing business throughout the State of California.

8.      Defendant KASZ MONEY PUBLISHING is a business entity, whose form and place of organization is unknown to plaintiffs at this time which, at all relevant times herein, was doing business throughout the State of California.

9.      Defendant AVRIL LAVIGNE PUBLISHING LLC is a Nevada limited liability company which, at all relevant times herein, was doing business throughout the State of California.

10.      At all times relevant herein, defendant ALMO MUSIC CORP. was, and still is, a "doing business as" designation of Universal Music Group, Inc., a Delaware corporation, with its principal place of business in Santa Monica, California. At all relevant times herein, ALMO MUSIC CORP. was doing business throughout the State of California.

11.      At all times relevant herein, defendant RCA RECORDS was, and still is, a "doing business as" designation of Bertelsmann Music Group LLC, a Delaware limited liability company, with its principal place of business in New York City. At all relevant times herein, RCA RECORDS was doing business throughout the State of California.

12.      At all times relevant herein, defendant APPLE, INC. was, and still is, a California corporation with its principal place of business in Cupertino, California.

2

13.     Plaintiffs are informed and believe, and thereon allege, that each defendant named in this complaint is in some manner responsible for the wrongs and damages as alleged below, and in so acting was functioning, at least at times, as the agent, servant, partner, alter ego and/or employee of the other defendants, and in doing and/or not doing the actions mentioned below was acting within the course and scope of his or her or its authority as such agent, servant, partner, and/or employee with the permission and consent of the other defendants. Further, all acts herein alleged were approved of and ratified by each and every other defendant.

## CLAIM FOR COPYRIGHT INFRINGEMENT

### (Against All Defendants)

14.     In or about 1979, plaintiffs jointly authored the musical composition "I Wanna Be Your Boyfriend." The composition is original to plaintiffs and is copyrightable subject matter under U.S. law.

15.     In 1979, the copyright in "I Wanna Be Your Boyfriend" was registered with the U.S. Copyright Office, registration number PA-36-223.

16.     Plaintiffs are the sole owners of all right, title and interest in and to the foregoing copyright. The composition has been published, performed and otherwise exploited by plaintiffs, or by others under plaintiffs' authority or license, in conformity with the Act.

17.     At no time have Plaintiffs authorized defendants, or any of them, to republish, perform, create derivative works based on or otherwise exploit all or any portion of "I Wanna Be Your Boyfriend."

18.     In or about April 2007, defendants, and each of them, infringed plaintiffs' copyright in "I Wanna Be Your Boyfriend" by, *inter alia*, publishing and widely releasing a musical composition entitled "Girlfriend," as a single and as one of the tracks embodied on a phonorecord entitled AVRIL LAVIGNE – THE BEST DAMN THING. "Girlfriend" was copied in part from Plaintiffs' copyrighted composition "I Wanna Be Your Boyfriend."

19.     Defendants continue to infringe plaintiffs' copyright by, *inter alia*, creating and distributing phonorecords in various formats, including but not limited to compact discs and

PHILLIPS, ERLEWINE & GIVEN, LLP
One Embarcadero Center, Suite 2350
San Francisco, CA  94111
(415) 398-0900

1    digital downloads, embodying or incorporating performances of the infringing work

2    "Girlfriend."

3                              **PRAYER FOR RELIEF**

4          WHEREFORE, plaintiffs pray for judgment as follows:

5          1.      Plaintiffs' damages and defendants' profits in an amount to be ascertained or, in

6    the alternative, statutory damages against defendants and each of them in the amount of

7    $150,000 for each infringement;

8          2.      Plaintiffs' reasonable attorneys' fees and costs of suit;

9          3.      Prejudgment interest on any monetary award; and

10         4.      Such other and further relief as this Court may deem just.

11   Dated: May 25, 2007                    PHILLIPS, ERLEWINE & GIVEN LLP

12

13

14                            By: _____
                                    Nicholas A. Carlin
15                                  Attorneys for Plaintiffs

16                              **JURY DEMAND**

17         Plaintiffs hereby demand a jury trial as provided by Rule 38(a) of the Federal Rules of

18   Civil Procedure.

19   Dated: May 25, 2007                    PHILLIPS, ERLEWINE & GIVEN LLP

20

21

22                            By: _____
                                    Nicholas A. Carlin
23                                  Attorneys for Plaintiffs

24

25

26

27

28

PHILLIPS, ERLEWINE & GIVEN, LLP
One Embarcadero Center, Suite 2350
San Francisco, CA  94111
(415) 398-0900

COMPLAINT FOR DAMAGES FOR COPYRIGHT INFRINGEMENT — Case No.