DONALD CARLEY (State Bar No. 178889)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: 415.882.5000
Facsimile: 415.882.0300
E-mail: dcarley@sonnenschein.com

CHRISTINE LEPERA (*Not Yet Admitted in California*)
SONNENSCHEIN NATH & ROSENTHAL LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212.768.6700
Facsimile: 212.768.6800
E-mail: clepera@sonnenschein.com

Attorneys for Defendant
Lukasz Gottwald a/k/a Dr. Luke and d/b/a Kasz Money Publishing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TOMMY DUNBAR and JAMES GANGWER,<br><br>Plaintiffs,<br><br>vs.<br><br>LUCASZ GOTTWALD (aka Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP., RCA RECORDS, and APPLE, INC.,<br><br>Defendants. | No. C 07 2758 CRB<br><br>**STIPULATION EXTENDING TIME IN WHICH TO RESPOND TO THE COMPLAINT** |

1   IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, counsel for
2   the parties below, that the time for defendant Lukasz Gottwald (sued incorrectly as Lucasz Gottwald),
3   individually and doing business as Kasz Money Publishing, to move, answer or otherwise respond to
4   the complaint in the above action, is extended through and until August 27, 2007.

6   Dated: August 21, 2007                SONNENSCHEIN NATH & ROSENTHAL LLP

                                          By: /s/ Donald M. Carley
                                          DONALD M. CARLEY
                                          *Attorneys for Defendant Lukasz Gottwald,*
                                          *Individually and d/b/a Kasz Money Publishing*

                                          CHRISTINE LEPERA
                                          SONNENSCHEIN NATH & ROSENTHAL LLP
                                          1221 Avenue of the Americas
                                          New York, NY 10020
                                          212.768.6700

16  Dated: August 20, 2007                PHILLIPS, ERLEWINE & GIVEN LLP

                                          By: /s/
                                          NICHOLAS A. CARLIN
                                          DAVID M. GIVEN
                                          *Attorneys for Plaintiffs*
                                          *Tommy Dunbar and James Gangwer*

    August 22, 2007

    **IT IS SO ORDERED**
    Judge Charles R. Breyer
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

100000860 v1