NICHOLAS A. CARLIN (State Bar No. 112532)
DAVID M. GIVEN (State Bar No. 142375)
PHILLIPS & ERLEWINE LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY DUNBAR and JAMES GANGWER,<br><br>Plaintiffs,<br><br>v.<br><br>LUCASZ GOTTWALD (a/k/a Luke Gottwald, a/k/a Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP., RCA RECORDS, APPLE, INC.,<br><br>Defendants. | CASE NO. C-07-2758 WDB<br><br>**STIPULATION OF PARTIES RE EXTENSION OF TIME FOR PLAINTIFFS TO SEEK REINSTATEMENT OF CASE; ORDER THEREON**<br><br>Hon. Charles R. Breyer |

By Order of this Court dated December 14, 2007, the Court dismissed the above-entitled action, subject to the parties' right to seek to vacate such Order and reinstate the case within 30 days thereafter, that is, by January 13, 2008.

The parties hereby stipulate that they may have an additional period of ten days, that is, up to and including January 23, 2008 to seek to vacate such Order and reinstate the case.

Dated: January 10, 2008

PHILLIPS, ERLEWINE & GIVEN LLP

By: *Nicholas A. Carlin* (signature)
Nicholas A. Carlin
Attorneys for Plaintiffs

Dated: January 10, 2008

LEOPOLD, PETRICH & SMITH

By: *Edward A. Ruttenberg* (signature)
Edward A. Ruttenberg
Attorneys for Defendants Avril Lavigne Publishing LLC, Avril Lavigne, Rondor Music International, Inc., d/b/a Almo Music, BMG Music, and Apple, Inc.

SONNENSCHEIN, NATH & ROSENTHAL, LLP

Dated: January 10, 2008

By: *Christine Lepera* (signature)
Christine Lepera
Attorneys for Defendant Lucasz Gottwald, a/k/a Doctor Luke, individually and d/b/a Kasz Money Publishing

LEOPOLD, PETRICH & SMITH
A Professional Corporation
9317 (2)

**ORDER**

IT IS SO ORDERED.

January 14, 2008

_____
UNITED STATES DISTRICT JUDGE

