EDWARD A. RUTTENBERG (State Bar No. 67378)
ROBERT S. GUTIERREZ (State Bar No. 143223)
LEOPOLD, PETRICH & SMITH, P.C.
2049 Century Park East, Suite 3110
Los Angeles, California 90067-3274
Tel: (310) 277-3333 • Fax: (310) 277-7444
E-Mail: eruttenberg@lpsla.com

Attorneys for Defendant
AVRIL LAVIGNE

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

TOMMY DUNBAR and JAMES GANGWER,

Plaintiffs,

v.

LUCASZ GOTTWALD (aka Dr. Luke), AVRIL LAVIGNE, KASZ MONEY PUBLISHING, AVRIL LAVIGNE PUBLISHING LLC, ALMO MUSIC CORP., RCA RECORDS, and APPLE, INC.,

Defendants.

**CASE NO.: C 07-2758 CRB**

**STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON**

The parties to the above-entitled action, through their respective attorneys of record, hereby stipulate that such action may be dismissed in its entirety, with prejudice, as to all defendants, with each party to bear his/her/its own attorneys' fees and costs.

IT IS SO AGREED.

DATED: January 9, 2008

NICHOLAS A. CARLIN
PHILLIPS, ERLEWINE & GIVEN, LLP
Attorneys fo Plaintiffs
TOMMY DUNBAR and JAMES GANGWER

DATED: January 14, 2008

EDWARD A. RUTTENBERG
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendants
AVRIL LAVIGNE, AVRIL LAVIGNE PUBLISHING LLC, RONDOR MUSIC INTERNATIONAL, INC. D/B/A ALMO MUSIC CORP., BMG MUSIC AND APPLE, INC.

DATED: January ___, 2008

CHRISTINE LEPERA
SONNENSCHEIN NATH & ROSENTHAL LPP
Attorneys for Defendants
LUKASZ GOTTWALD P/K/A DR. LUKE and D/B/A KASZ MONEY PUBLISHING

The parties to the above-entitled action, through their respective attorneys of record, hereby stipulate that such action may be dismissed in its entirety, with prejudice, as to all defendants, with each party to bear his/her/its own attorneys' fees and costs.

IT IS SO AGREED.

DATED: January ___, 2008

NICHOLAS A. CARLIN
PHILLIPS, ERLEWINE & GIVEN, LLP
Attorneys fo Plaintiffs
TOMMY DUNBAR and JAMES GANGWER

DATED: January ___, 2008

EDWARD A. RUTTENBERG
LEOPOLD, PETRICH & SMITH, P.C.
Attorneys for Defendants
AVRIL LAVIGNE, AVRIL LAVIGNE PUBLISHING LLC, RONDOR MUSIC INTERNATIONAL, INC. D/B/A ALMO MUSIC CORP., BMG MUSIC AND APPLE, INC.

DATED: January 15, 2008

Christine Lepera
CHRISTINE LEPERA
SONNENSCHEIN NATH & ROSENTHAL LPP
Attorneys for Defendants
LUKASZ GOTTWALD P/K/A DR. LUKE and D/B/A KASZ MONEY PUBLISHING

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

January 17, 2008

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is **2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274**.

On January 16, 2008, I served the foregoing document described as **STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER THEREON** on the interested parties in this action, by placing a copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

David M. Given, Esq.
Nicholas A. Carlin, Esq.
Phillips, Erlewine & Given LLP
One Embarcadero Suite 2350
San Francisco, California 94111

Donald M. Carley, Esq.
Sonnenschein Nath & Rosenthal LLP
525 Market Street, 26th Floor
San Francisco, CA 94105-2708

Christine Lepera, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020-1089

☒ **BY REGULAR MAIL:** I deposited such envelope in the mail at 2049 Century Park East, Suite 3110, Los Angeles, California 90067-3274. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

☐ **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 16, 2008, at Los Angeles, California.

/s/ Kathryn Toyama